APPEAL No. 78-283. IN RE LAFRENIER CHILDREN. The motion of the Public Defender for stay of the decree of the Family Court pending appeal is granted. *William F. Reilly*, Public Defender, *Barbara Hurst*, Chief Appellate Attorney, for appellants. *Raymond Shawcross*, Legal Counsel, Child Welfare Services, for appellees.

APPEAL No. 78-284. IN RE ARMAND AND RODNEY. The motion of the Public Defender for stay of the decree of the Family Court pending appeal is granted. *William F. Reilly*, Public Defender, *Barbara Hurst*, Chief Appellate Attorney, for appellants. *Raymond Shawcross*, Legal Counsel, Child Welfare Services, for appellees.

APPEAL No. 78-359. ANTHONY MARSHALL *v.* KAISER ALUMINUM & CHEMICAL CORP. The employer's motion to consolidate is granted and the instant case is consolidated for the filing of briefs and for oral argument with *Hypolito Ferreira* v. *Kaiser Aluminum & Chemical Corporation*, No. 79-7-A, *George DuPont* v. *Kaiser Aluminum & Chemical Corporation*, No. 78-470-A, *Frank F. Sousa* v. *Kaiser Aluminum & Chemical Corporation*, No. 79-5-A, *Louis Vollaro* v. *Kaiser Aluminum & Chemical Corporation*, No. 78-467-A, *Domenic Marabello* v. *Kaiser Aluminum & Chemical Corporation*, No. 79-4-A and *Arthur Merritt* v. *Kaiser Aluminum & Chemical Corporation*, No. 79-3-A. The employer's motion to stay the operation and effect the final decree of the Workers' Compensation Commission in each of these cases is granted. The employee's motion to dismiss in each case is denied. Mr. Justice Doris is of the opinion that the motion for stay in each case should be denied. *Raul L. Lovett*, for petitioner. *Bruce Q. Morin*, for respondent.